◆AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     WEST VIRGINIA

UNITED STATES OF AMERICA
V.

KEITH LAMONT FLOWERS, JR.,
also known as "Antwan Lamont Furr"

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

FEB - 6 2009

Case Number: 3:09-mj-00014

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 23, 2009** (Date) in **Cabell** County, in the **Southern** District of **West Virginia** defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly possess a firearm, in or affecting interstate commerce, after having been convicted of a crime punishable by imprisonment for a term exceeding one year

in violation of Title **18** United States Code, Sections **922(g)(1) and 924(a)(2)**.

I further state that I am a(n) **Narcotics Task Force Agent** and that this complaint is based on the following facts:
*Official Title*

Defendant was convicted of a crime punishable by imprisonment for a term exceeding one year, that is, convicted on or about February 2, 2001, in the Court of Common Pleas, Wood County, Ohio of possession of crack cocaine in violation of ORC § 2925.11. On January 23, 2009, a state search warrant was executed at 306 Division Street, Huntington, West Virginia. During the search, officers found a loaded Ruger, .357 magnum revolver within several feet of defendant. The firearm was seized. ATF Senior Special Agent Kraig E. Hankins advised that the firearm was not manufactured in West Virginia.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

Cpl. Michael Smith, HVCDTF
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 6, 2009          at    Huntington, West Virginia
Date                                                 City and State

Maurice G. Taylor, Jr., United States Magistrate Judge
Name and Title of Judge                       Signature of Judge