IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

**UNITED STATES OF AMERICA**

v.                                      CRIMINAL NO. 3:09-00071
                                                  21 U.S.C. § 851

**KEITH LAMONT FLOWERS, JR.**
   also known as "Antwan Lamont Furr"
   also known as "Lamont K. Sanders"
   also known as "Nutt"

FILED
JUL - 1 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

I N F O R M A T I O N

The United States Attorney Charges:

    1.   On or about February 6, 2001, defendant KEITH LAMONT FLOWERS, JR., also known as "Antwan Lamont Furr," also known as "Lamont K. Sanders," also known as "Nutt," was convicted in the Court of Common Pleas of Wood County, Ohio of Possession of at least 10 grams but less than 25 grams of Crack Cocaine in violation of Ohio Revised Code Section 2925.11.

    2.   On or about April 11, 2005, defendant KEITH LAMONT FLOWERS, JR., also known as "Antwan Lamont Furr," also known as "Lamont K. Sanders," also known as "Nutt," was convicted in the Common Pleas Court of Hancock County, Ohio of Trafficking in Cocaine in violation of Ohio Revised Code Section 2525.03A.

    3.   The United States will rely upon these convictions in seeking imposition of the enhanced penalties provided in 21 U.S.C. § 841(b) should defendant KEITH LAMONT FLOWERS, JR., also known as

"Antwan Lamont Furr," also known as "Lamont K. Sanders," also known as "Nutt," be convicted of committing the offense charged in Count One of the Indictment pending against him in Criminal No. 3:09-00071, to-wit: distribution of a quantity of cocaine base, also known as "crack."

Pursuant to Title 21, United States Code, Section 851.

UNITED STATES OF AMERICA

CHARLES T. MILLER
United States Attorney

By: _____
LISA G. JOHNSTON
Assistant United States Attorney